UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

MARCUS ELLIS

Docket No. 2:21 mj 223 JHR

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Timothy Kenty, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and have been since October 2014. I am currently assigned to the Portland Field Office. I was employed as a Special Agent for the United States Secret Service from September 2010 to October 2014. Before that, I was employed as a Police Officer with the United States Capitol Police.

2. The facts in this affidavit come from personal observations, my training and experience, and information obtained from other agents and witnesses related to a collaborative investigation being handled primarily by the Bureau of Alcohol, Tobacco, and Firearms (hereinafter "ATF"), and Brunswick (ME) Police Department (hereinafter "BPD"). I make this affidavit in support of a criminal complaint charging Marcus Ellis with one count of being a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1).

3. On August 8, 2021, BPD responded to a 911 call for a domestic disturbance

involving a firearm to room 65 at Traveler's Inn in Brunswick. Upon arrival an officer observed a male standing on the second story balcony. It was learned the male was a resident of room 65 and was fighting with his girlfriend. He denied having a firearm.

4. The officer observed next to the balcony the male and officer were standing on was a flat roof. The officer observed on the roof, next to the railing where the male was standing was a small bag.

5. The male was escorted to the parking lot where he was detained while other officers spoke with Victim 1 inside of room 65. The male was asked for identification and claimed he didn't have it on him, but provided his name as Vicaro Ellis (hereinafter "Ellis") with a date of birth of March 23, 1995. Upon running the name, no information came back on file.

6. The officer located Victim 1 (hereinafter "V1") and asked if there was a firearm in the room with her. V1 admitted Ellis had it. V1 confirmed the firearm was in a bag.

7. A BPD Lieutenant observed the same black and multi-color "fanny-pack" bag on the flat roof next the balcony and walkway to room 65. Ellis denied ownership of the bag.

8. In light of the lack of ownership of the bag, the Lieutenant unzipped the pack and found a black wallet containing a Georgia photo ID for Marcus Ellis and a small, loaded white, red and blue .380 caliber pistol.

9. V1 confirmed Ellis' gun was small, and red and white in color.

10. Ellis confirmed for officers that in fact his name was Marcus Ellis. He also admitted he had seen the fanny pack in his room, but denied it was his. He further admitted his ID was inside the bag but was not aware of any guns inside. Before Ellis was informed of the firearm in the bag by officers, he stated "It isn't my pistol." Ellis confirmed he was prohibited from possessing firearms.

11. A review of one of the officer's watchguard video cameras upon arriving at the scene depicts a figure on the balcony, where Ellis was located, dropping an object onto the flat roof next to the balcony.

12. I have reviewed State of Georgia, Muscogee Superior Court records which show that Ellis' criminal convictions include the following violations, each of which is punishable by over a year in jail:

| Sentence date | Offense convicted | Docket number |
|---|---|---|
| 11/9/2016 | Possession of Cocaine | SU-16-CR-3022 |
| 12/14/2018 | Armed Robbery | SU-18-CR-3254 |

13. The firearm recovered from the small bag was a Jimenez Arms, model J.A., .380 caliber pistol, bearing serial number 446942.

14. An ATF Interstate Nexus Expert examined the Jimenez Arms, J.A., .380 caliber pistol and determined that it was manufactured and originally purchased outside of Maine; therefore, it traveled in or affected interstate and/or foreign commerce.

## CONCLUSION

15. I respectfully submit, based on the facts set forth above, that probable cause exists to charge Marcus Ellis by Criminal Complaint with the offense of being a felon in possession of a firearm in violation of Title 18, United States Code, Section 922(g)(1), and request that the accompanying Criminal Complaint be issued.

Timothy Kenty
Special Agent

Bureau of Alcohol, Tobacco, and Firearms

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Sep 02 2021

City and state: Portland, ME

Judge's signature

John H. Rich III, U.S. Magistrate Judge
Printed name and title